[Cite as *McCoy v. Unknown*, 2010-Ohio-4588.]

# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

CHARLES MCCOY

    Plaintiff

    v.

UNKNOWN

    Defendant

    Case No. 2010-03142-AD

Deputy Clerk Daniel R. Borchert

## ENTRY OF DISMISSAL

{¶ 1} On February 23, 2010, this court issued an entry dismissing April D. Martin, Cale Saric, and the Heath Police Department as defendants. The plaintiff was ordered to submit an amended complaint which names a state entity as party defendant on or before March 24, 2010, or face dismissal of his case. On April 30, 2010, plaintiff filed an amended complaint naming the Heath Police Department as defendant. Heath Police Department is not a state entity. Therefore, the case is DISMISSED without prejudice. The court shall absorb the court costs of this case.

                                         _____

                                         DANIEL R. BORCHERT
                                         Deputy Clerk

Entry cc:

Charles McCoy, #488-128
P.O. Box 7010
Chillicothe, Ohio  45601
DRB/laa
Filed 5/14/10
Sent to S.C. reporter 9/17/10